**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 131 MAL 2022

          Respondent                   :

                                 :    Petition for Allowance of Appeal
                                 :    from the Order of the Superior Court

          v.                           :

                                 :

FREDERICK E. OWENS,               :

                                 :

          Petitioner                  :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 13th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.